# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MANUEL HERRERA MAGENDA,<br><br>Defendant. | Case No. 1:18-po-00344-SAB<br><br>ORDER TO REFUND DEFENDANT OVERPAYMENT |

On November 1, 2018, a citation was filed in this action. (ECF No. 1.) Defendant Jesus Manuel Herrera Magenda ("Defendant") was to pay $380.00 or appear in court. (Id.) A payment of $350.00 was received on November 1, 2018, and Defendant was ordered to appear on November 15, 2018. (ECF Nos. 2, 3.) Defendant did not appear and was assessed a fine of $480.00. (ECF No. 4.) On December 27, 2018, Defendant paid $480.00. (ECF No. 6.) Defendant has overpaid his assessment by $350.00.

Accordingly, IT IS HEREBY ORDERED that Jesus Manuel Herrera Magenda be refunded the overpayment of $350.00.

IT IS SO ORDERED.

Dated: January 11, 2019

STANLEY A. BOONE
United States Magistrate Judge

1